DAVID T. WILENTZ, attorney-general of the State of New Jersey, complainant-respondent,

*v.*

U. S. MINES OF COLORADO, INCORPORATED, a corporation of the State of Colorado, et al., defendants-appellants.

[Decided April 24th, 1936.]

*Mr. Andrew J. Markey,* assistant attorney-general, for the respondent.

*Messrs. Waldman & Duveneck,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Stein in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.